IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01399-BNB

JANA M. JACOBSON,

    Applicant,

v.

STATE OF COLORADO, et al.,

    Respondents.

---

ORDER OF DISMISSAL

---

      Applicant, Jana M. Jacobson, is detained at the Eagle County Detention Facility in Eagle, Colorado. Applicant originally initiated this action by filing *pro se* a letter in the United States District Court for the Northern District of California that was opened as a habeas corpus action. On May 15, 2014, the Northern District of California Applicant transferred the action to this Court pursuant to 28 U.S.C. § 1404(a). Magistrate Judge Boyd N. Boland reviewed the letter and directed Applicant to file his claims on a Court-approved form used in filing a habeas action (either a 28 U.S.C. § 2241 action if he is challenging a presentence or execution of a conviction and sentence or a 28 U.S.C. § 2254 action if he is challenging the validity of a sentence and conviction). Magistrate Judge Boland further directed Applicant to submit his request to proceed pursuant to 28 U.S.C. § 1915 on a proper Court-approved form.

      Magistrate Judge Boland warned Applicant that the action would be dismissed without further notice if he failed to comply within thirty days. On May 27, 2014, rather

than comply with the May 15 Order, Applicant filed a Motion for Injunction Against Unauthorized Transfer.  The action will be dismissed because Applicant has failed to comply with the May 19  Order to Cure Deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  27th  day of   June  , 2014.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court