IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01399-LTB

JANA JACOBSON,

    Applicant,

v.

STATE OF COLORADO, et al.,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Motion to Dismiss Orders and Charges, ECF No. 10, is a copy of a motion Applicant filed in the United States District Court for the Northern District of California. No action from this Court is necessary. The Clerk of the Court is directed to terminate the motion.

Dated:  July 14, 2014